## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| LAKEVIEW DEVELOPMENT CORPORATION | ) | Case No. 14-16938 EEB |
| EIN: 84-1552093 | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## ORDER ESTABLISHING PROCEDURES AND BAR DATE FOR
## FILING MOTIONS FOR ALLOWANCE OF CHAPTER 11
## ADMINISTRATIVE EXPENSE CLAIMS

THIS MATTER comes before the Court on the Motion for Order Setting Deadline for Filing Requests for Payment of Chapter 11 Administrative Expense Claims, filed by the Chapter 7 Trustee, Joli A. Lofstedt. The Court has reviewed the Motion and finds that cause exists for establishing a deadline for the filing of requests for payment of Chapter 11 administrative expenses. It is, therefore

ORDERED that all entities or persons having claims against the Debtor which arose or were incurred between May 20, 2014 and April 11, 2016 shall be required to file with the Court a Request for Payment of Chapter 11 Administrative Expense by **December 9, 2016**; and it is

FURTHER ORDERED that the form of Notice attached to the Trustee's Motion is hereby approved, and the Trustee shall mail the Notice to creditors and other parties in interest and file a Certificate of Service with the Court.

DONE this 7th day of September, 2016.

BY THE COURT:

Elizabeth E. Brown
United States Bankruptcy Judge