UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:

LAKEVIEW DEVELOPMENT
CORPORATION,

Case No. 14-16938 EEB

Debtor.

Chapter 7

_____/

# REQUEST FOR NOTICE

The undersigned hereby requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in rule 2002 of the Bankruptcy Rules or given pursuant to Rule 9013-1, or using Form 9013-1.1, of the Local Rules of Bankruptcy Procedure, be served upon the following:

>David M. Summers
>P.O. Box 372249
>Denver, Colorado  80237

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Dated: September 23, 2016

Respectfully submitted,

_____
David M. Summers
P.O. Box 372249
Denver, Colorado  80237
Tel. (303) 220-5420
Email: dsummerslaw@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2016, a true and correct copy of the foregoing was placed in the U.S. mail postage prepaid, to:

Daniel A. Hepner, Esq.
Aaron J. Conrardy, Esq.
1660 Lincoln Street, Suite 2200
Denver, Colorado 80264

Matthew D. Skeen
Matthew D. Skeen, Jr.
707 Brownell Street
P.O. Box 218
Georgetown, Colorado 80444

Joli Loftstedt, Esq.
950 Spruce Street
Louisville, Colorado 80027

David M. Summers